DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

MCLARI LOGISTICS, INC., a Florida corporation;
MCLARI LOGISTICS, INC., a dissolved Florida corporation;
MITTCHELL MCLARI as Director and Trustee of
MCLARI LOGISTICS, INC., a dissolved Florida corporation;
and MITTCHELL MCLARI,

Petitioners,

v.

SOMER ALICIA BERDING,

Respondent.

No. 2D2026-0154

————————————————

August 14, 2026

Petition for Writ of Certiorari to the Circuit Court for Hillsborough
County; Robin Fernandez, Judge.

Aaron H. Epstein, Richard Kearley, III, and Karina N. Peiro of Sastre
Saavedra & Epstein, PLLC, Miami, for Petitioner.

Keith T. Hill of Keith T. Hill, P.A., Orlando, for Respondent.


PER CURIAM.

　　Dismissed.

SLEET, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.